FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 1 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Castaneda, Maritza DEFENDANT(S). | CASE NUMBER SA 11-178 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___dcf___, IT IS ORDERED that a detention hearing is set for __4/14/11__, at __1:45__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N. Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __4/13/11__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                      Page 1 of 1